IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REMOI CAMPBELL**

    *Petitioner*,

v.                                                      Case No.: 4:25cv484-MW/HTC

**M. CASEY RODGERS,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED**." A certificate of appealability is **DENIED**. Petitioner's motion for judgment on the pleadings, ECF N. 5, is **DENIED as moot**. The Clerk shall close the file.

    **SO ORDERED** on January 5, 2026.

                                                  s/Mark E. Walker              
                                                  **United States District Judge**